FILED

SEP 2 5 2019

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-CR-392

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| JARED KENT NUCCI | ) | |

The United States charges that:

Beginning on or about May 5, 2018, and continuing to on or about March 18, 2019, in the Eastern District of North Carolina, the defendant, JARED KENT NUCCI, knowingly and willfully exported and caused to be exported from the United States to Japan a defense article, that is, an AN/PSQ-20 Enhanced Night Vision Goggle, which was designated as defense articles on the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, in violation of Title 22, United States Code, Sections 2778 (b)(2) and 2778 (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1.

## FORFEITURE NOTICE

The defendant is given notice of the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 22, United States Code, Section 401 (as made applicable by Title 18, United States Code, Section 2461(c)), that all the defendant's interest in the property specified herein is subject to forfeiture.

Upon conviction of the foregoing offense set forth in the Information, the defendant shall forfeit to the United States any and all property, real or personal, which constitutes or is derived from proceeds traceable to the said offense; any arms or munitions of war or other article, commodity, or technology which is intended to be or is being exported in violation of the laws governing such exports; and any vessel, vehicle, or aircraft containing the same or which has been used or is being used to export or attempt to export such articles.

The forfeitable property includes, but is not limited to, the gross proceeds personally obtained by the Defendant, in an amount of at least $18,500.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants --

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty –

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853 (p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.


ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney